# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CAPSOURCE, INC., *et al.*, ) | |
| Plaintiffs, ) | Case No. 2:15-cv-00354-MMD-GWF |
| vs. ) | **ORDER** |
| BETH MOORE, ) | |
| Defendant. ) | |

    This matter is before the Court on the Joint Discovery Plan and Scheduling Order (#16) filed June 29, 2015. The parties request this court to stay the discovery in this matter until a decision is made by the Ohio Federal Court regarding venue. Upon review and consideration,

    **IT IS HEREBY ORDERED** that the time to file a discovery plan and scheduling order is extended to **August 1, 2015**, to allow time for a decision to be made by the Ohio Federal Court.

    DATED this 1st day of July, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge